# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **HAWK TECHNOLOGY SYSTEMS, LLC,**<br><br>　　　　*Plaintiff,*<br>　v.<br><br>**DETROIT ENTERTAINMENT, L.L.C. d/b/a MOTORCITY CASINO HOTEL,**<br><br>　　　　*Defendant*. | Civil Action No. 14-cv-10782<br><br>Hon. Paul D. Borman<br><br>Magis. Judge Mark A. Randon |

## NOTICE OF APPEARANCE

Please enter the appearance of Barbara L. Mandell of Rader, Fishman & Grauer PLLC, as counsel for Defendant Detroit Entertainment, L.L.C. d/b/a MotorCity Casino Hotel.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　RADER, FISHMAN & GRAUER PLLC

　　　　　　　　　　　　　　　　　<u>/s/ Barbara L. Mandell (P36437)</u>
　　　　　　　　　　　　　　　　　Barbara L. Mandell (P36437)
　　　　　　　　　　　　　　　　　39533 Woodward Avenue
　　　　　　　　　　　　　　　　　Bloomfield Hills, MI  48304
　　　　　　　　　　　　　　　　　Tel: (248) 594-0600
　　　　　　　　　　　　　　　　　Fax: (248) 594-0610
　　　　　　　　　　　　　　　　　blm@raderfishman.com

Dated: April 3, 2014

## CERTIFICATE OF SERVICE

    I hereby certify that on April 3, 2014, I electronically filed the foregoing paper with the Clerk of the United States District Court, Eastern District of Michigan, using the CM/ECF system, which shall send notification of such filing to all counsel of record.

                                       /s/ Barbara L. Mandell (P36437)
                                       Barbara L. Mandell (P36437)
                                       RADER, FISHMAN & GRAUER PLLC
                                       *Attorneys for Defendant*
                                       39533 Woodward Avenue
                                       Bloomfield Hills, MI  48304
                                       blm@raderfishman.com